ACCEPTED
01-14-00899-cv
FIRST COURT OF APPEALS
HOUSTON, TEXAS
3/18/2015 3:03:13 PM
CHRISTOPHER PRINE
CLERK



# KEN PAXTON
ATTORNEY GENERAL OF TEXAS

March 18, 2015

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
3/18/2015 3:03:13 PM
CHRISTOPHER A. PRINE
Clerk

FIRST COURT OF APPEALS                    ***VIA ELECTRONIC FILING***
301 Fannin Street
Houston, Texas 77002-2066
**ATTN: Christopher A. Prine**

Re:    _Case No. 01-14-00899-CV_; _The State of Texas v. Titan Land Development, Inc. and Bauer-Hockley 550, L.P._; In the First Court of Appeals, Houston, Texas.

Dear Mr. Prine:

I will be presenting oral argument on behalf of The State of Texas at the oral argument scheduled for April 8, 2015, in the above-referenced case.

Sincerely,

/S/ Susan Desmarais Bonnen
Susan Desmarais Bonnen
Assistant Attorney General
susan.bonnen@texasattorneygeneral.gov

SDB/lfm

cc:    Charles McFarland          via email:  cmcfarland@mcfarlandpllc.com